UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANNEER SELVAM BALASUBRAMANIAM,

Plaintiff,

v.

JAYAVEERAPANDIAN SHUNMUGAVEL,
GROWBRIGHT ENTERPRISES, INC., and
THE PRESTIGE POINT, INC.,

Defendants.

25-CV-9368 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

An initial conference was scheduled in this matter for this past Friday, January 16, 2026 at 3:30 p.m. However, since Plaintiff had not yet filed proof of service for two of the three Defendants, and none have entered a notice of appearance, the conference was adjourned. It is hereby rescheduled to February 20, 2026 at 12:00 p.m. Plaintiff is reminded that under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action.

On November 23, 2025, Plaintiff did file an affidavit of service stating that Defendant Growbright Enterprises, Inc. was served on November 21, 2025. Dkt. No. 12. Growbright Enterprises, Inc.'s answer was due on December 12, 2025, but it has not formally appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by February 7, 2026. If it fails to do so, and Plaintiff intends to move for default judgment, he shall do so by March 13, 2026.

The Court does note that an individual attempted to appear *pro se* and on behalf of one Defendant during a status conference on January 16, 2026. The corporate Defendants are thus reminded that they are not permitted to appear *pro se* in federal court. *See Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) ("It is well-settled that a corporation may appear in the federal courts only through licensed counsel.") (quotation marks and citations

omitted). Any *pro se* Defendants are further advised that, if they seek assistance, they may consult with the City Bar Justice Center's clinic for *pro se* litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil case.

Plaintiff shall serve a copy of this Order on Defendants by January 24, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:     January 20, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge