UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANNEER SELVAM BALASUBRAMANIAM,

        Plaintiff,

        v.

JAYAVEERAPANDIAN SHUNMUGAVEL,
GROWBRIGHT ENTERPRISES, INC., and
THE PRESTIGE POINT, INC.,

        Defendants.

25-CV-9368 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As was discussed at today's initial conference, Morse Geller, who represents himself as counsel for Defendants Growbright Enterprises, Inc. and Jayaveerapandian Shunmugavel, shall file a notice of appearance and proof of bankruptcy filings on their behalf by Monday February 23, 2026. If he fails to do so, Plaintiff may promptly move for default judgment.

SO ORDERED.

Dated:    February 20, 2026
        New York, New York

_____
Ronnie Abrams
United States District Judge