UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANNEER SELVAM BALASUBRAMANIAM,

Plaintiff,

v.

JAYAVEERAPANDIAN SHUNMUGAVEL,
GROWBRIGHT ENTERPRISES, INC., and
THE PRESTIGE POINT, INC.,

Defendants.

25-CV-9368 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 20, 2026, the Court Ordered Morse Geller, who represents that he is counsel for Defendants Growbright Enterprises, Inc. and Jayaveerapandian Shunmugavel, to file a notice of appearance and proof of bankruptcy filings on their behalf by February 23, 2026. He has not done so.

Plaintiff may move for default judgment by May 1, 2026. Failure to do so may result in this action being dismissed for failure to prosecute under Federal Rule of Civil Procedure 41.

Plaintiff shall serve Defendants with this order by April 10, 2026 and promptly file proof of service on the docket.

SO ORDERED.

Dated:    April 8, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge