UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANNEER SELVAM BALASUBRAMANIAM,

Plaintiff,

v.

JAYAVEERAPANDIAN SHUNMUGAVEL; GROWBRIGHT ENTERPRISES, INC.; and THE PRESTIGE POINT, INC.,

Defendants.

25-CV-9368 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 10, 2025, a Complaint was filed in this action. *See* Dkt. No. 1 ("Compl."). During the initial conference, Morse Geller, who represents himself as counsel for Defendants Growbright Enterprises, Inc. and Jayaveerapandian Shunmugavel, stated that his clients had recently filed an action in Bankruptcy Court. A formal stay was sought by letter on February 18, 2026. *See* Dkt. No. 24. The Court ordered Geller to file a notice of appearance as well as proof of bankruptcy filings by February 23, 2026. *See* Dkt. No. 26. Although Geller has not yet filed a notice of appearance, he did file a suggestion of bankruptcy with respect to Growbright Enterprises, Inc. and Jayaveerapandian Shunmugavel. *See* Dkt. No. 27. Accordingly, pursuant to 11 U.S.C. § 362(a), this action is stayed with respect to Growbright Enterprises, Inc. and Jayaveerapandian Shunmugavel. Geller must nonetheless file his notice of appearance in this matter by August 21, 2026.

The action is not, however, stayed as to Prestige Point, since the automatic stay mandated by 11 U.S.C. § 362(a) "applies only to debtors, property of the debtor, or property of the estate, and does not apply to stay proceedings against non-debtors." *In re Stillwater Asset Backed Offshore Fund Ltd.*, 565 B.R. 42, 47 (Bankr. S.D.N.Y. 2017). The Court gave Plaintiff until May 1, 2026, to move for default judgment, but Plaintiff has yet to do so. *See* Dkt. No. 27. If Plaintiff intends to move for default judgment as to Prestige Point, it shall do so no later than September 4, 2026, or this action may be dismissed against it for failure

to prosecute pursuant to Rule 41(b). *See* Fed. R. Civ. P. 41(b).

Plaintiff shall serve Defendants with this Order by August 14, 2026, and shall promptly file proof of service on the docket.

SO ORDERED.

Dated: August 7, 2026
New York, New York

Ronnie Abrams
United States District Judge